USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 4 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
F.A., individually and on behalf of N.A.H.;
S.H., individually and on behalf of N.A.H.,

                Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
------------------------------------- x

ORDER

19 Civ. 6948 (GBD) (JLC)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: December 4, 2019
      New York, New York

                                  SO ORDERED.

                                  *George B. Daniels*
                                  GEORGE B. DANIELS
                                  United States District Judge